**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

PEDRO COLON,                :   No. 40 MM 2017

           Petitioner     :

                     :

          v.                :

                     :

COMMONWEALTH OF PENNSYLVANIA,   :
COURT OF COMMON PLEAS OF        :
LEHIGH COUNTY,                :

          Respondents    :

## ORDER

**PER CURIAM**

      **AND NOW**, this 9th day of May, 2017, the Application for Leave to File Original Process is **GRANTED**, and the Application for Relief is **DENIED**.